FILED
2017 Dec-15 PM 12:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LIN WONG, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 4:17-cv-0499-MHH-JEO |
| JEFF SESSIONS, United States Attorney General, et al., | ) ) ) |
| Respondents. | ) ) |

## MEMORANDUM OPINION

On March 30, 2017, *pro se* petitioner Lin Wong filed this habeas corpus action under 28 U.S.C. § 2241. (Doc. 1). Mr. Wong challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See generally* Doc. 1). The respondents ask the Court to dismiss this action as moot because Mr. Wong has been released pursuant to an order of supervision. (Doc. 7).

On May 5, 2017, Mr. Wong was released from ICE custody on an order of supervision. (Doc. 7-1, pp. 2-3). As a result, Mr. Wong's habeas corpus claim for release under an order of supervision or for repatriation is moot because the Court no longer can provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002).

Therefore, the Court will grant the respondents' motion to dismiss. The Court will enter a separate final order.

**DONE,** this 15th day of December, 2017.

_____
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE